IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JOHN D. COLEMAN, et al. ) | |
| ) | |
| ) | Case No. 6:18-cv-3232 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| RIPLEY ENTERTAINMENT, INC. ) | |
| d/b/a RIDE THE DUCKS, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT RIPLEY ENTERTAINMENT INC.'S
MOTION TO DISMISS AND STRIKE**

NOW COMES, Ripley Entertainment, Inc. ("Ripley"), by and through its undersigned counsel, and pursuant to Rules 12(b)(1), 17, 12(b)(6), 10(b), and 12(f), of Federal Rules of Civil Procedure, files its Motion to Dismiss and Strike[1].

As more fully set forth below, Counts I, IV, V, VI, VII, VIII, and IX of the Complaint must be dismissed and or stricken because Plaintiffs cannot maintain any claims other than wrongful death claims, they lack standing for trying to bring claims on behalf of the same decedent, Plaintiffs improperly infer duties from internal policies and procedures, the highly vilifying language must be stricken, punitive damages cannot be sought, Plaintiffs have failed to separate counts, Plaintiffs cannot maintain duplicative wrongful death actions for the deaths of one decedent, the Complaint fails to state a cause of action for negligent infliction of emotional distress, and the Complaint does not meet the requirements for a claim under the Missouri Merchandising Practices Act.

---

[1] By filing this motion, defendants do not waive and do not intend to waive any rights under the Limitation of Liability Act, 46 U.S.C. §§ 30501-30512. Defendants reserve all rights thereunder.

WHEREFORE, Defendant respectfully requests that this Court grant the relief included in the instant motion and for any such Court deems just and reasonable.

Respectfully submitted, this __12__ day of October, 2018.

       /s/ Terrance J. Good
Terrance J. Good    #25336MO
Alexandra C. Wells   #67316MO
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, Missouri 63101
(314) 621-2939
(314) 621-6844/Fax
tjgood@lashlybaer.com
awells@lashlybaer.com

And

John W. Patton, Jr., IL Bar #6186472IL
Paul D. Motz, IL Bar #6294483IL
Benjamin J. Levinsky, IL Bar #6306433IL
Kelly L. Ferron, IL Bar #6318532IL
Roman Solowski, IL Bar #6307052IL
PATTON & RYAN, LLC
330 N. Wabash Ave., Ste. 3800
Chicago, IL 60611
Telephone: (312) 261-5160
Facsimile: (312) 261-5161
jpatton@pattonryan.com
pmotz@pattonryan.com
blevinsky@pattonryan.com
kferron@pattonryan.com
rsolowski@pattonryan.com

*Attorneys for Defendant Ripley Entertainment, Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed and served via the Court's electronic filing system this \_\_\_12\_\_\_ day of October, 2018.

| | |
|---|---|
| Nuru Witherspoon<br>Missouri Bar Number 66812<br>Ernesto D. Sigmon (*Pro Hac Vice* Applicant)<br>Texas Bar No. 24010397<br>The Witherspoon Law Group<br>1717 McKinney Ave., Suite 700<br>Dallas, Texas 75202<br>witherspoon@twlglawyers.com<br>sigmon@twlglawyers.com<br><br>*Attorneys for Plaintiffs* | Anna Idelevich<br>Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC<br>3344 Peachtree Road, NE<br>Suite 2400<br>Atlanta, GA 30326<br>aidelevich@wwhgd.com<br>ddial@wwhgd.com<br>rhill@wwhgd.com<br><br>*Attorneys for Defendant Herschend Family Entertainment Corporation* |
| Kevin P. Krueger<br>Andrew D. Ryan<br>Lawrence S. Hall<br>Sandberg Phoenix & von Gontard P.C.<br>600 Washington Avenue - 15th Floor<br>St. Louis, MO 63101<br>kkrueger@sandbergphoenix.com<br>aryan@sandbergphoenix.com<br>lhall@sandbergphoenix.com<br><br>*Attorneys for Defendant Ride the Ducks International, LLC* | Timothy A. Garrison<br>United States Attorney<br>Randall D. Eggert<br>Assistant United States Attorney<br>Casey Clark<br>Assistant United States Attorney<br>901 St. Louis Street, Suite 500<br>Springfield, MO 65806-2511<br>randy.eggert@usdoj.gov<br>casey.clark@usdoj.gov<br><br>*Intervening Attorneys* |