IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| JOHN COLEMAN, et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| vs. | ) | Case No. 6:18-cv-03232-MDH |
| RIPLEY ENTERTAINMENT, INC., et al., | ) | |
| Defendants. | ) | |

## ORDER

On November 1, 2018, the Court held a case management/motion hearing in this matter. The Court heard argument from counsel regarding several pending issues and motions before the Court, including Ripley Entertainment's motion filed under the Limitation of Liability Act and Rule F for admiralty or maritime claims, and discussed with the parties how best to proceed. As the Court informed the parties during the hearing, the Court hereby **GRANTS** the parties 10 days from the date of this Order to file additional briefing, if any, on its position on proceeding under the Limitation Act or other issues raised or discussed in the hearing.

In addition, the Court **GRANTS** all Plaintiffs leave to amend their Complaint. Amended Complaints, filed subject to this Order, if any, should be filed within 30 days.

                                                    */s/ Douglas Harpool*
                                                    DOUGLAS HARPOOL
                                                    UNITED STATES DISTRICT JUDGE

DATED: November 2, 2018