# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| JOHN D. COLEMAN, *et al.*<br><br>*Plaintiffs*<br><br>vs.<br><br>RIPLEY ENTERTAINMENT, INC., *et al.*<br><br>*Defendants* | Case No. 6:18-03232-MDH |

## MOTION OF THE NATIONAL BANK OF INDIANAPOLIS, as Guardian over the Estate of D.H., a minor, FOR APPROVAL and APPORTIONMENT OF WRONGFUL DEATH SETTLEMENT

The National Bank of Indianapolis, as Guardian over the Estate of D.H., a minor (hereinafter "NBOI"), by and through its attorneys, Saltz, Mongeluzzi, Barrett & Bendesky, P.C. and Aleshire Robb, P.C., hereby moves this Honorable Court for approval and apportionment of the settlement of the claims arising from the wrongful deaths of Horace Coleman and Butch Coleman pursuant to Missouri Revised Statute § 537.095. NBOI hereby incorporates its Suggestions in Support of its Motion, filed contemporaneously with the instant Motion.

**WHEREFORE**, The National Bank of Indianapolis, as Guardian over the Estate of D.H., a minor, prays that this Honorable Court grant its Motion and approve and apportion the wrongful death settlement in this matter.

Respectfully submitted,

**ALESHIRE ROBB, P.C.**

*/s/ Gregory W. Aleshire*
Gregory W. Aleshire, Mo Bar #38691
William R. Robb, Mo Bar #43322
Kevin J. Rapp, Mo Bar #57974
2847 S. Ingram Mill Road A-102

Springfield, MO 65804
Phone: (417) 869-3737
galeshire@aleshirerobb.com
wrrobb@aleshirerobb.com
kjrapp@aleshirerobb.com

   AND

(Pending Admission *Pro Hac Vice*)
**SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.**

*/s/Robert J. Mongeluzzi*
Robert J. Mongeluzzi, PA Bar #36283
Andrew R. Duffy, PA Bar #77121
Jeffrey P. Goodman, PA Bar #309433
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Phone: (215) 496-8282
Fax: (215) 496-0999
rmongeluzzi@smbb.com
aduffy@smbb.com
jgoodman@smbb.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be furnished to all counsel of record herein through the CM-ECF system of the United States District Court for the Western District of Missouri as follows:

Terrance J. Good, Esquire
Alexandra C. Wells, Esquire
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, MO 63101
*Attorneys for Defendant Ripley Entertainment, Inc.*
*d/b/a Ride the Ducks*

Paul D. Motz, Esquire
Kelly L. Ferron, Esquire
Benjamin J. Levinsky, I, Esquire
John W. Patton, Jr., Esquire
Roman E. Solowski, Esquire
PATTON & RYAN, LLC
330 N. Wabash Ave., Suite 3800
Chicago, IL 60611
*Co-Counsel for Defendant Ripley Entertainment, Inc.*
*d/b/a Ride the Ducks*

Kevin P. Krueger, Esquire
Andrew D. Ryan, Esquire
Lawrence S. Hall, Esquire
SANDBERG, PHOENIX & VON GONTARD, PC
600 Washington Ave., 15th Floor
St. Louis, MO 63101
*Attorneys for Defendant Ride the Ducks International, LLC*
*d/b/a Ride the Ducks*

Anna Idelevich, Esquire
David A. Dial, Esquire
Richard H. Hill, II, Esquire
WEINBERG WHEELER HUDGINS GUNN & DIAL LLC
3344 Peachtree Road, NE
Atlanta, GA 30326
*Attorneys for Defendant Herschend Family Entertainment Corporation*
*d/b/a Ride the Ducks*

Casey Michael Clark, Esquire
Randall D. Eggert, Esquire
UNITED STATES ATTORNEY'S OFFICE SPRINGFIELD
901 St. Louis Street, Suite 500
Springfield, MO 65806-2511
*Attorneys for United States of America*

Nuru Lateef Witherspoon, Esquire
Ernesto D. Sigmon, Esquire
THE WITHERSPOON LAW GROUP, PLLC
1717 McKinney Avenue, Suite 700
Dallas, TX 75202
*Attorneys for John D. Coleman, Gary Coleman,
Adriona Coleman, J.C.*

   */s/ Gregory W. Aleshire*
   Gregory W. Aleshire

Dated: April 11, 2019